1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  ADAM BARKL  (CABN 349601)
   Special Assistant United States Attorney

5

6      1301 Clay Street
       Oakland, California 94612
       Telephone: (510) 637-3927
7      FAX: (510) 637-3724
       adam.barkl@usdoj.gov

8

   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,            )  **CASE NO. 13-CR-97 PJH**
                                         )
14        Plaintiff,                     )
                                         )
15     v.                                )  **STIPULATION AND ORDER (AS MODIFIED)**
                                         )
16  ERIC BEEMON,                         )
                                         )
17        Defendant.                     )
                                         )
    _____     )
18

19        This matter is currently set for October 6, 2023, for a status on preliminary hearing and status on

20  detention.  The Probation Officer assigned to this matter will be unavailable on that date and has

21  requested with the parties that the matter be continued to October 12, 2023, so that he can appear at the

22  hearing.  The parties have no objection and are available on that date and agree to the continuance.

23  Accordingly, the parties request that the Court continue this matter to October 12, 2023, at 10:30am.

24        The undersigned Assistant United States Attorney certifies that he has obtained approval from

25  counsel for the defendant to file this stipulation, request, and proposed order.

26

27

28

STIPULATION AND ORDER (AS MODIFIED)          1
13-CR-97 PJH

1  DATED:  September 29, 2023

2                                                    ____/s/_____

3                                                    ADAM BARKL
                                                     Assistant United States Attorney

4

5                                                    _____/s/_____

6                                                    JAMES P. VAUGHNS
                                                     Attorney for Defendant

7

8

9

10                              **ORDER (AS MODIFIED)**

11         Based upon the representations of counsel, IT IS HEREBY ORDERED that the Attorney

12  Appointment Hearing, Arraignment on Amended Petition Form 12, Status re: Detention Hearing and

13  Status re: Preliminary Revocation Hearing set for October 6, 2023 at 10:30 a.m. are continued to

14  October 12, 2023 at 10:30am. before Chief Magistrate Judge Donna M. Ryu.

15         IT IS SO ORDERED AS MODIFIED.

16

17  DATED:__October 2, 2023_____

18

19

20                                                    _____

21                                                    THE HONORABLE DONNA M. RYU
                                                      Chief United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION AND ORDER (AS MODIFIED)        2
13-CR-97 PJH